================================================================================

\* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

    NORTHERN      DISTRICT OF      NEW YORK    

JUDGMENT IN A CIVIL CASE

CASE NO.1:09-CV-550 (FJS/RFT)

**ANN MARIE LEGG, NANCY REYES, and
PATRICIA WATSON,**

    **Plaintiffs,**

-vs-

**ULSTER COUNTY, and PAUL J. VAN BLARCUM,**
 in his official capacity as Sheriff of the County of Ulster
and individually,

    **Defendants.**

   x       JURY VERDICT.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

          DECISION by COURT.  This action came to trial or hearing before the Court.  The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED,** that the jury finds no cause for action as to all claims, except the Section 1983 hostile work environment claim and the Title VII hostile work environment claim by Patricia Watson against Ulster Co.; and it is further **ORDERED AND ADJUDGED**, that the jury awards compensatory damages as follows:

        $200,000 for Section 1983 claim
        $200,000 for Title VII claim

**IT IS FURTHER ORDERED AND ADJUDGED,** that on August 20, 2014, by Oral Order, the Court grants defendants' motion for a directed verdict as to Plaintiff Ann Marie Legg's pregnancy discrimination claim.

All of the above pursuant to an Oral Order by the Court and a Jury Verdict, both filed on August 20, 2014.

*[Signature: Lawrence K. Baerman]*
Clerk of Court

**DATE:  August 20, 2014**

S/Suzanne Gunter
By: _____
        DEPUTY CLERK