UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ANN MARIE LEGG, NANCY REYES, and PATRICIA WATSON,

                Plaintiffs,

-against-

ULSTER COUNTY and PAUL J. Van BLARCUM individually

                Defendants.

**NOTICE OF APPEAL**

Case No.: 1:09-cv-550 (FJS/RFT)

PLEASE TAKE NOTICE that all defendants appeal to the United States Court of Appeals for the Second Circuit from the final Judgment entered by the District Court on August 20, 2014, and from all prior orders and rulings had herein.

Dated: September 19, 2014

                                Respectfully submitted,

                                ROEMER WALLENS GOLD & MINEAUX, LLP

                                By:_____
                                Matthew J. Kelly, Esq.
                                Bar Roll No.: 103118
                                13 Columbia Circle
                                Albany, NY 12203
                                Tel. No. (518) 464-1300

TO:    Stephen Bergstein
         Bergstein & Ullrich, LLP
         15 Railroad Avenue
         Chester, New York 10918
         Tel. No. (845) 469-1277
         steve@tbulaw.com

RANNI LAW FIRM
148 North Main Street
Florida, New York 10921
Tel. No. (845) 651-0999
joeranni@rannilaw.com

Brendan J. Klaproth
Klaproth Law PLLC
406 5th Street NW
Suite 350
Washington, DC 20001
bklaproth@klaprothlaw.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ANN MARIE LEGG, NANCY REYES, and PATRICIA WATSON,

                     Plaintiffs,

-against-

                     Case No.: 1:09-cv-550 (FJS/RFT)

ULSTER COUNTY and PAUL J. Van BLARCUM individually

                     Defendants.

## AFFIRMATION OF SERVICE

Matthew J. Kelly, having been duly sworn, states that on September 19, 2014, I served the Notice of Appeal on counsel for plaintiffs both electronically and by mailing same to counsel at the addresses below:

    Stephen Bergstein
    Bergstein & Ullrich, LLP
    15 Railroad Avenue
    Chester, New York 10918

    RANNI LAW FIRM
    148 North Main Street
    Florida, New York 10921

    Brendan J. Klaproth
    Klaproth Law PLLC
    406 5th Street NW
    Suite 350
    Washington, DC 20001

                                                  Matthew J. Kelly

Sworn to before me this 19th
Day of September, 2014.

_Patricia A. Stratton_
Notary Public

        PATRICIA A. STRATTON
        Notary Public, State of New York
        Qualified in Albany County
        Commission Expires: 9/30/14

3