**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of April, two thousand and sixteen.

Before:    Barrington D. Parker,
           Gerard E. Lynch,
           Susan L. Carney,
                *Circuit Judges*.

Ann Marie Legg,

    Plaintiff - Appellant,

Patricia Watson,

    Plaintiff - Cross - Appellee,

v.

Ulster County, Paul J. VanBlarcum, in his official capacity as Sheriff of the County of Ulster, and individually,

    Defendants - Appellees - Cross Appellants,

JUDGMENT
Docket No. 14-3636(L)
           14-3638(XAP)
           14-4635(con)

The appeals in the above captioned case from a judgment and post-judgment orders of the United States District Court for the Northern District of New York were argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's judgment as to Legg's pregnancy discrimination claim is VACATED and the matter is REMANDED with instructions to conduct a new trial. The orders denying the defendants' post-trial motions are VACATED and REMANDED for further proceedings in accordance with the opinion of this Court.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 05/25/2016